COMPAÑÍA AZUCARERA DEL TOA, APPELLANT, *v.* THE REGISTRAR, RESPONDENT.

APPEAL from a Decision of the Registrar of Property of San Juan, Section 2.

No. 147.—Decided June 19, 1913.

AGRICULTURAL CORPORATION—LIMITED HOLDING OF LAND.—The appellant corporation presented in the Registry of Property of San Juan, Section 2, a deed of purchase of some 700 acres of land which the registrar refused to admit to record on the ground that the said acquisition was an infraction of section 3 of the Joint Resolution of the United States Congress of May 1, 1900, amending the Foraker Act. It was held that the decision of the registrar should be reversed on the grounds of the opinion rendered in case No. 123, *Compañía Azucarera de la Carolina* v. *The Registrar of Property of San Juan, Section 1,* ante page 143, for the reason that in a case of this kind the acquisition at one time by an agricultural corporation of even more than 500 acres of land is valid against all the world until the Government takes action.

The facts are stated in the opinion.

*Messrs. Bosch* and *Soto* for appellant.

Mr. José Benedicto, registrar, appeared *pro se*.

MR. JUSTICE WOLF delivered the opinion of the court.

In this administrative appeal the only facts that distinguish it from case No. 123, *La Compañía Azucarera de la Carolina* v. *The Registrar of Property of San Juan, Section 1, ante*, p. 143, are that here it appears that the appellant is asking the registrar to record at one time a transfer to it of some 700 acres. But one of the principal reasons we had in the said case for reversing the note of the registrar was that until the Attorney General acted or, in other words, the Government, an agricultural company had a good title against all the world. This was made apparent not only by our own words, but by citations from the Supreme Court of the United States. Hence, the fact that the corporation appears to be acquiring more than 500 acres makes no difference.

For this reason, and others assigned in the opinion in said case No. 123, *La Compañía Azucarera de la Carolina* v. *The Registrar of San Juan*, the note must be reversed.

*Reversed.*

Chief Justice Hernández and Justices del Toro and Aldrey concurred.

Mr. Justice MacLeary did not take part in the decision of this case.